**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

ORIGINAL

| | |
|---|---|
| PLAINTIFF: Rickey Rogers | COURT CASE NUMBER: 3:19-CV-30103-KAR |
| DEFENDANT: State Automobile Corporation | TYPE OF PROCESS: Complaint |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ State Automobile Corporation
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 578 East Broad St, Columbus, Ohio 43215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Rickey Rogers
47 Gatewood Road
Springfield, MA 01119

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Defendant: State Automobile Corporation
Serve At → 518 East Broad Street
Columbus, Ohio 43215
Tel: 833-724-3577

RECEIVED
U.S. MARSHAL SERVICE
SPRINGFIELD, MA
2019 AUG 15 PM 12 25

Signature of Attorney or other Originator requesting service on behalf of:
Rickey Rogers
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 413-276-9627
DATE: 08/14/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. A3B | District to Serve No. 061 | Signature of Authorized USMS Deputy or Clerk M.P. DUSM S/OH | Date 08/15/2019 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Executive Administrative Asst. Susan Barrett

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):
SAME

614-917-5548

| Date of Service | Time | |
|---|---|---|
| 08/29/2019 | 1325 | pm |

Signature of U.S. Marshal or Deputy
M.P. DUSM S/OH

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | .54 | $8.00 | $73.54 | 0 | 0 | |

REMARKS:
08/15/2019 - Forwarded to USMS S/OH.
08/29/2019 - Served by USMS S/OH - Closed in JDIS; originals returned to originating district

PRIOR EDITIONS MAY BE USED    1. **CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

# UNITED STATES DISTRICT COURT
### for the
# DISTRICT OF MASSACHUSETTS



| RICKEY ROGERS | |
|---|---|
| *Plaintiff* | Civil Action No.: |
| v | 3:19-CV-30103-KAR |
| STATE AUTOMOBILE CORPORATION | |
| *Defendant* | |

FILED IN CLERKS OFFICE
2019 AUG 30 AM 11: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)   or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)   you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Mary Finn
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2019-07-31 08:33:52.0**, Clerk USDC DMA

Civil Action No.: **3:19-CV-30103-KAR**                              **ORIGINAL**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __STATE AUTOMOBILE INC__
was received by me on (date) __08/15/2019__ .

☑ I personally served the summons on the individual at (place) __STATE AUTOMOBILE INC.__
__MS. SUSAN BARRETT__ on (date) __08/29/2019__ ✗

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

__08/29/2019__
Date

__Mark H. Stroh   DUSM S/OH__
Server's Signature

__MARK H. STROH, DEPUTY U.S. MARSHAL S/OH__
Printed name and title

U.S. MARSHALS SERVICE, S/OH, 85 MARCONI BLVD.
ROOM 460, COLUMBUS, OH 43215
Server's Address

Additional information regarding attempted service, etc: