UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY ROGERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE AUTOMOBILE CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 19-30103-KAR |

ORDER
December 18, 2019

In view of the Notice of Case Assignment (Docket No. 3) entered in the above case, the Court requests that the parties confer and notify the Court in writing, on or before the close of business on **January 17, 2020**, whether or not the parties consent to the assignment of this case for all proceedings, including the entry of final judgment, to Magistrate Judge Katherine A. Robertson pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Consent is entirely voluntary and no adverse or substantive consequence of any kind will redound to any attorney or party refusing consent. If the parties unanimously consent to the assignment of this case to Magistrate Judge Robertson, the attached form should be completed and filed with the court. If consent is not unanimous, the parties shall file the attached form indicating that an agreement has not been reached, but they shall not identify their respective positions.

So ordered.

/s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge

Enclosures:

Consent/Declination Form
Instructions
Copy of Docket