# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKEY ROGERS | : |
| Plaintiff | : CIVIL ACTION |
| | : NO. 3:19-CV-30103-KAR |
| v. | : |
| STATE AUTOMOBILE CORPORATION | : |
| D/B/A STATE AUTO INSURANCE COMPANIES | : |
| Defendant | : DECEMBER 20, 2019 |

## CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE

Pursuant to the Court's Order (Docket Entry 28), the Defendant hereby re-files the Notice of Consent to assignment of this case for all proceedings, including the entry of final judgment, to Magistrate Judge Katherine A. Robertson pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. The Notice, attached as **Exhibit A**, was filed by the Defendant on September 30, 2019. *See* Document Number 16. The Defendant hereby re-files the Notice under the corrected name/title, pursuant to the Court's Order. As stated in the notice, the Defendant understands the Plaintiff is responsible for filing the form, but agreed to file the form in good faith, given that the Plaintiff is unrepresented. The Defendant also attaches at **Exhibit B** a copy of email correspondence exchanged between the Plaintiff and the undersigned counsel for the Defendant, confirming both parties' consent to the assignment.

DEFENDANT,
PATRONS MUTUAL INSURANCE COMPANY OF
CONNECTICUT INCORRECTLY NAMED
STATE AUTOMOBILE CORPORATION
D/B/A STATE AUTO INSURANCE COMPANIES,

/s/ Deborah Etlinger (565222)
Deborah Etlinger (565222)
Wolf, Horowitz & Etlinger, LLC
750 Main Street, Suite 606
Hartford, CT 06103
(860) 724-6667
detlinger@wolfhorowitz.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, postage pre-paid, to the following party on December 20, 2019.

Rickey Rogers
47 Gatewood Road
Springfield, MA 01119
Pro Se Plaintiff

/s/ Deborah Etlinger (565222)
Deborah Etlinger

# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RICKEY ROGERS                                  :
                                               :
       Plaintiff                           :       CIVIL ACTION
                                               :       NO. 3:19-CV-30103-KAR
v.                                             :
                                               :
STATE AUTOMOBILE CORPORATION                   :
D/B/A STATE AUTO INSURANCE COMPANIES           :
                                               :
Defendant                                      :

### NOTICE

     This case has been assigned to Magistrate Judge Katherine A. Robertson for all purposes. Please read the attached General Order for further information regarding this assignment. Plaintiff, or defendant if the case is initiated by a Notice of Removal, is responsible for submitting this form to the Court advising that all parties consent to the Magistrate Judge's jurisdiction, or indicating that the consent is not unanimous. One document is to be filed. While consent to the assignment of the case to the Magistrate Judge is entirely voluntary, and no adverse substantive consequences of any kind will redound to an attorney or party refusing consent, submission of this executed form, memorializing consent or refusal to the final assignment to the Magistrate Judge is mandatory. This document is to be electronically filed with the Court within thirty days after the date of service on the last party.

### CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
**(To Be Completed Only If All Parties Consent)**

     In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the *pro se* Plaintiff and counsel of record for the Defendant consent to have the above named Magistrate Judge conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment, with direct review by the First Circuit Court of Appeals if any appeal is filed. Defendant understands the Plaintiff is responsible for filing this form, but has agreed to file the form in good faith, given that the Plaintiff is unrepresented.

| Party | Signature | Date |
|---|---|---|
| Plaintiff Rickey Rogers | /s/ Rickey Rogers | 9/30/19 |
| Defendant Patrons Mutual Insurance Company of Connecticut incorrectly named State Automobile Corporation d/b/a State Auto Insurance Companies | /s/ Deborah Etlinger, Esq. | 9/30/19 |

Dated: 9/30/19

DEFENDANT,
PATRONS MUTUAL INSURANCE COMPANY OF
CONNECTICUT INCORRECTLY NAMED
STATE AUTOMOBILE CORPORATION
D/B/A STATE AUTO INSURANCE COMPANIES,

/s/ Deborah Etlinger (565222)
Deborah Etlinger (565222)
Wolf, Horowitz & Etlinger, LLC
750 Main Street, Suite 606
Hartford, CT 06103
(860) 724-6667
detlinger@wolfhorowitz.com

# Exhibit B

| | |
|---|---|
| **From:** | rickey rogers |
| **To:** | Erin Canalia |
| **Subject:** | Re: Rickey Rogers v. State Automobile Corporation d/b/a State Auto Insurance Companies |
| **Date:** | Monday, September 30, 2019 3:39:32 PM |

Hello this is Rickey Rogers I am writing to inform you that I consent to the magistrate judge please file the consent on our behalf electronically any questions please feel free to email me back thank you

Sent from my iPhone

On Sep 27, 2019, at 3:43 PM, Erin Canalia <ECanalia@wolfhorowitz.com> wrote:

> Good Afternoon Mr. Rogers:
>
> This correspondence is sent to you on behalf of Attorney Deborah Etlinger, who represents the Defendant in this case:
>
> We are following up regarding our below inquiries concerning the assignment of Magistrate Judge Katherine A. Robertson. As explained in our prior emails, the plaintiff bears the burden of filing a form with the Court indicating whether the parties consent or object to the assignment to the Magistrate Judge. The form is due September 30. Although it is plaintiff's obligation to file the form, we are willing to file the form instead, but in order to do so, you must tell us whether you consent or object to the assignment to the Magistrate Judge. **Please let us know by 10:00 am Monday morning whether you consent or object to the assignment to the Magistrate Judge.**
>
> Thank you,
>
> Erin E. Canalia, Esq.
> Wolf, Horowitz & Etlinger, LLC
> 750 Main Street
> Suite 606
> Hartford, CT 06103
> Tel: (860) 724-6667
> Fax: (860) 293-1979
>
> # WE HAVE MOVED!
>
> Our new mailing address is:   Wolf, Horowitz & Etlinger, LLC
>    750 Main Street, Suite 606
>    Hartford, CT 06103
>
> Our telephone number, fax number and email addresses will all remain the same — **thank you!**

PRIVACY NOTICE
This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this message or any attachment is strictly prohibited. If you have received this message in error, please notify the original sender immediately by telephone or by return e-mail and delete this message, along with any attachments, from your computer.